Henry S. ROBINSON, appellant, v. Russell
J. CARROLL, appellee.

No. 9881.

United States Court of Appeals
District of Columbia Circuit.

Submitted April 11, 1949.

Decided April 25, 1949.

Mr. Thomas X. Dunn, of Washington, D.C., with whom Mr. Martin F. O'Donoghue, of Washington, D.C., was on the brief, submitted for appellant.

Mr. David G. Bress, of Washington, D.C., with whom Messrs. Alvin L. Newmyer and Albert Philipson, both of Washington, D.C., were on the brief, submitted for appellee.

Before CLARK and PROCTOR, Circuit Judges, and ARTHUR F. LEDERLE, District Judge, sitting by designation.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore

Affirmed.

Mr. Carl McFarland, of Washington, D. C., with whom Messrs. Ashley Sellers and Kenneth L. Kimble, both of Washington, D. C., were on the brief, for appellants.

Mr. Joseph M. Friedman, Special Assistant to the Attorney General, with whom Messrs. H. G. Morison, Assistant Attorney General, Roscoe L. Barrow, Attorney, Department of Justice, and Samuel K. Abrams, Attorney, Department of Justice, both of Washington, D. C., were on the brief, for appellee. Messrs. Edward H. Hickey, Special Assistant to the Attorney General, and George Morris Fay, United States Attorney, of Washington, D. C., also entered appearances for appellee.

Before CLARK and PROCTOR, Circuit Judges, and ARTHUR F. LEDERLE, District Judge, sitting by designation.

PER CURIAM.

In our opinion, the controversy involved in these appeals has become moot and, consequently, the orders of the District Court on review herein must be, and are, vacated and these cases remanded to the District Court with instructions to dismiss the complaint.

Remanded with instructions.